No. 70–25. SPIVAK *v.* SHRIVER ET AL. Appeal from D. C. M. D. Tenn. Reported below: 315 F. Supp. 695; No. 71–515. ART THEATER GUILD, INC., DBA STUDIO ART THEATER, ET AL. *v.* TENNESSEE EX REL. RHODES.

Appeal from Sup. Ct. Tenn. Reported below: 225 Tenn. 399, 469 S. W. 2d 669;

No. 71-599. MOTION PICTURE FILM ENTITLED "VIXEN," ET AL. v. OHIO EX REL. KEATING. Appeal from Sup. Ct. Ohio. Reported below: 27 Ohio St. 2d 278, 272 N. E. 2d 137;

No. 72-683. WATKINS v. SOUTH CAROLINA. Appeal from Sup. Ct. S. C. Reported below: 259 S. C. 185, 191 S. E. 2d 135;

No. 72-815. STAR, DBA GAYETY BOOKS, INC., ET AL. v. PRELLER ET AL. Appeal from D. C. Md. Reported below: 352 F. Supp. 530; and

No. 72-1256. BLAIR v. OHIO. Appeal from Sup. Ct. Ohio. Reported below: 32 Ohio St. 2d 237, 291 N. E. 2d 451. Motion of appellants to strike appellee's supplemental brief in No. 71-599 denied. Judgments vacated and cases remanded for further consideration in light of *Miller* v. *California, ante,* p. 15; *Paris Adult Theatre I* v. *Slaton, ante,* p. 49; *Kaplan* v. *California, ante,* p. 115; *United States* v. *12 200-ft. Reels Film, ante,* p. 123; *United States* v. *Orito, ante,* p. 139; *Heller* v. *New York, ante,* p. 483; *Roaden* v. *Kentucky, ante,* p. 496; and *Alexander* v. *Virginia, ante,* p. 836. MR. JUSTICE DOUGLAS would reverse the judgments. See *Miller* v. *California, ante,* p. 37. MR. JUSTICE BRENNAN, joined by MR. JUSTICE STEWART and MR. JUSTICE MARSHALL, would vacate the judgments and remand cases for further proceedings not inconsistent with his dissent in *Paris Adult Theatre I* v. *Slaton, ante,* p. 73. See *Miller* v. *California, ante,* p. 47.